OPINION — AG — ** DISPOSITION OF JUDGE'S RETIREMENT CONTRIBUTIONS ** WHERE A JUSTICE OR JUDGE HAVING RETIRED AND RECEIVED SOME RETIREMENT BENEFITS ON OR AFTER MAY 23, 1974, AND THEN DIES, AND THE PROVISIONS OF 20 O.S. 1974 Supp., 1102 [20-1102](A) DO NOT APPLY, THE ACCUMULATED CONTRIBUTIONS IN THE RETIREMENT FUND IN EXCESS OF THE RETIREMENT BENEFITS PAID MUST REMAIN IN THE FUND PURSUANT TO 20 O.S. 1974 Supp., 1103 [20-1103] CITE: 20 O.S. 1974 Supp., 1103 [20-1103] [20-1103], 74 O.S. 1974 Supp., 915 [74-915](A) 20 O.S. 1974 Supp., 1102 [20-1102](A) (JAMES H. GRAY)